# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-5043 MRW | Date | July 23, 2015 |
|---|---|---|---|
| Title | Star Fabrics v. Bella D | | |

Present: The Honorable **Michael R. Wilner**

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSING CASE

   Plaintiff filed a notice of voluntary dismissal in this case. (Docket # 12.) This action is dismissed without prejudice.

: 00

Initials of Preparer   vm